**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> **NEW COTAI, LLC** <br><br> Two Greenwich Plaza, Greenwich, Connecticut 06830 <br>           Debtor. | Chapter 11 <br><br> Case No. 19-22912 (RDD) <br><br> Tax I.D. No. 20-4592582 |
| *In re* <br><br> **NEW COTAI CAPITAL CORP.** <br><br> Two Greenwich Plaza, Greenwich, Connecticut 06830 <br>           Debtor. | Chapter 11 <br><br> Case No. 19-22913 (RDD) <br><br> Tax I.D. No. 98-1103641 |
| *In re* <br><br> **NEW COTAI HOLDINGS, LLC** <br><br> Two Greenwich Plaza, Greenwich, Connecticut 06830 <br>           Debtor. | Chapter 11 <br><br> Case No. 19-22911 (RDD) <br><br> Tax I.D. No. 20-4573056 |
| *In re* <br><br> **NEW COTAI VENTURES, LLC** <br><br> Two Greenwich Plaza, Greenwich, Connecticut 06830 <br>           Debtor. | Chapter 11 <br><br> Case No. 19-22910 (RDD) <br><br> Tax I.D. No. 20-4729385 <br><br> **Related Docket No. 2** |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF**
**CASES AND (II) WAIVING REQUIREMENTS OF**
**BANKRUPTCY CODE SECTION 342(c)(1) AND**
<u>**BANKRUPTCY RULES 1005 AND 2002(n)**</u>

Upon the motion (the "**Motion**")[1] of the Debtors for an order (this "**Order**") (i)

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

1

directing joint administration of these cases and administratively consolidating the respective Chapter 11 Cases of each Debtor for procedural purposes only and (ii) waiving the requirement that the captions in the Chapter 11 Cases list the Debtors' tax identification numbers and certain other information; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and upon the record of the hearing held by the Court on the Motion on May 9, 2019; it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

The Motion is GRANTED as set forth herein.

Each of the above-captioned Chapter 11 Cases of the Debtors shall be jointly administered by the Court for procedural purposes only. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

The caption of the jointly administered Chapter 11 Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

2

Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of New Cotai Holdings, LLC, Case No. 19-22911 (RDD).

A docket entry shall be made in the Chapter 11 Cases of New Cotai, LLC, New Cotai Capital Corp., and New Cotai Ventures, LLC substantially as follows:

> An order has been entered in this case consolidating this case with the case of New Cotai Holdings, LLC, Case No. 19-22911 (RDD), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 19-22911 (RDD) should be consulted for all matters affecting this case.

The requirements under Bankruptcy Code section 342(c)(1) and Bankruptcy Rule 2002(n) that the case caption and other notices mailed in the Chapter 11 Cases include the Debtors' tax identification numbers and other identifying information about the Debtors are hereby waived. The Debtors shall include in all papers filed and each notice mailed by the Debtors a footnote listing all of the Debtors, the last four digits of their respective tax identification numbers, and the address of their corporate headquarters.

The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: White Plains, New York
      May 10, 2019

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

3